UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| AMELIA WOODS-SALTERS, | ) | No. 1:23-CV-00262-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of* | ) | |
| *Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Amelia Woods-Salters's (Woods-Salters) motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,571.81. The parties, however, have come to an agreement to stipulate to an award of $6,200.00. The Court agrees this is a reasonable reward in this case.

Therefore, Woods-Salters's motion is **GRANTED AS MODIFIED** by the parties' stipulation. As such, she is awarded attorney fees in the amount of $6,200.00 under of the EAJA.

**IT IS SO ORDERED**.

Signed this 10th day of January, 2024, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE